IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:24-mj-250 |
| KENNETH T BY, | July 25, 2024 |
| Defendant. | |

CRIMINAL INFORMATION

Count 1 (Class B Misdemeanor – E1509727)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 7, 2024, at the George Bush Center for Intelligence in McLean, Virginia, within the Eastern District of Virginia, the defendant, KENNETH T BY, knowingly used, possessed, stored, or transported ammunition on an Agency installation without authorization.

(In violation of Title 32, Code of Federal Regulations, Part 1903.9(a).)

2

Count 2 (Class B Misdemeanor – E1509728)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 7, 2024, at the George Bush Center for Intelligence in McLean, Virginia, within the Eastern District of Virginia, the defendant, KENNETH T BY, knowingly possessed or caused to be present a firearm on an Agency installation without authorization.

(In violation of Title 32, Code of Federal Regulations, Part 1903.10(a).)

Count 3 (Class B Misdemeanor – E1509729)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 7, 2024, at the George Bush Center for Intelligence in McLean, Virginia, within the Eastern District of Virginia, the defendant, KENNETH T BY, entered or remained on an Agency installation without proper authorization.

(In violation of Title 32, Code of Federal Regulations, Part 1903.7(a).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: June 17, 2024  By: _____/s/_____
Cameron M. Etchart
Special Assistant United States Attorney (LT)
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3965
Fax: (703) 299-3980
Email: cameron.etchart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I mailed a copy of the Criminal Information to the defendant.

/s/
Cameron M. Etchart
Special Assistant United States Attorney (LT)